```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**LOUISE REMBERT,**

    **Plaintiff,**

**v.**　　　　　　　　　　**//　CIVIL ACTION NO. 1:07CV143**
　　　　　　　　　　　　　　　　**(Judge Keeley)**

**THE CADLE COMPANY,**

    **Defendant.**

## ORDER RESCHEDULING SCHEDULING CONFERENCE

    For reasons appearing to the Court, the scheduling conference previously set for **December 21, 2007 at 12:15 p.m.**, is **RESCHEDULED** for **January 10, 2008 at 4:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff to initiate the call to **(304)624-5850**. Counsel for defendant shall notify plaintiff's counsel no later than 2:00 p.m. on January 9, 2008 of the number where they may be reached at the time of the call.

    The parties, by order entered October 23, 2007, were directed to file a Rule 26 Meeting Report on or before December 10, 2007. To date the report has not been filed. Counsel are directed to file their Rule 26 Meeting Report on or before December 28, 2007.

    It is so **ORDERED**.

    The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: December 19, 2007.

                                       /s/ Irene M. Keeley
                                       IRENE M. KEELEY
                                       UNITED STATES DISTRICT JUDGE